**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor:                    **TRUEX, RICHARD JR**

Chapter 13 Case No.        **07-60391**
                           jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| RICHARD H TRUEX<br>612 1ST ST N<br>SARTELL, MN 56377 | DEBTOR REFUND | | $8.00 |

**TOTAL TO CLERK'S FUND**                                          $8.00

**December 29, 2010**                    /s/ Kyle L Carlson
DATE                                      TRUSTEE